IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DOROTHY MOYER,**

    **Plaintiff,**

**v.**                                                      **No. 13-cv-0164 WJ/SMV**

**VILLAGE OF FORT SUMNER and**
**WINDELL BRIDGES,**

    **Defendants.**

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 24], filed August 13, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 27], filed August 28, 2013.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**