IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY MOYER,

    Plaintiff,

v.                                                                 No. 13-cv-0164 WJ/SMV

VILLAGE OF FORT SUMNER and
WINDELL BRIDGES,

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    November 15, 2013, at 1:30 p.m.

**Matter to be heard**:  Defendant Fort Sumner's Motion to Compel Discovery [Doc. 32].

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing on the pending discovery motion [Doc. 32] is hereby set for **November 15, 2013, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.