## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DOROTHY MOYER,**

    **Plaintiff,**

**v.**                                                                                                   **No. 13-cv-0164 WJ/SMV**

**VILLAGE OF FORT SUMNER and**
**WINDELL BRIDGES,**

    **Defendants.**

### ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on November 21, 2013.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **December 30, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**